UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

        -v-                            :

STEWART V. DEAN,                      :

        Defendant                      :

- - - - - - - - - - - - - - - - -x

MISDEMEANOR
INFORMATION

08 Crim 473 (MRG)

The United States Attorney charges:

### COUNT ONE

1. On or about December 19, 2007, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, STEWART V. DEAN, the defendant, unlawfully, willfully and knowingly acted in a manner likely to be injurious to the physical, mental or moral welfare of a child less than seventeen years old, to wit, the defendant engaged in sexual intercourse with a fourteen year old minor at 306D Alexander Place, West Point, New York.

(Title 18, United States Code, Section 13)
(New York State Penal Law, Section 260.10[1])

The United States Attorney further charges:

### COUNT TWO

2. On or about December 19, 2007, on the West Point Military Reservation, within the special maritime and

territorial jurisdiction of the United States, in the Southern District of New York, STEWART V. DEAN, the defendant, unlawfully, willfully and knowingly acted in a manner likely to be injurious to the physical, mental or moral welfare of a child less than seventeen years old, to wit, the defendant engaged in oral sexual conduct with a fourteen year old minor at 306D Alexander Place, West Point, New York.

(Title 18, United States Code, Section 13)

(New York State Penal Law, Section 260.10[1])

The United States Attorney further charges:

## COUNT THREE

3. On or about December 11, 2007, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, STEWART V. DEAN, the defendant, unlawfully, willfully and knowingly acted in a manner likely to be injurious to the physical, mental or moral welfare of a child less than seventeen years old, to wit, the defendant engaged in oral sexual conduct with a fourteen year old minor in the wooded area behind Subway restaurant, West Point, New York.

(Title 18, United States Code, Section 13)

(New York State Penal Law, Section 260.10[1])

The United States Attorney further charges:

<u>COUNT FOUR</u>

4. On or about December 11, 2007, on the West Point Military Reservation, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, STEWART V. DEAN, the defendant, acted in a manner likely to be injurious to the physical, mental or moral welfare of a child less than seventeen years old, to wit, the defendant engaged in oral sexual conduct with a fourteen year old minor at 588C Connor Road, West Point, New York.

(Title 18, United States Code, Section 13)
(New York State Penal Law, Section 260.10[1])


_____
MICHAEL J. GARCIA
United States Attorney